# EXHIBIT 1

| Case No. | Date Filed | Date Dismissed | Pertinent facts |
|---|---|---|---|
| 21-25352<br><br>Current case | 12/21/2021 | 5/11/2023 | Case confirmed<br><br>13 of 17 plan payments paid<br><br>1st Mortgage arrears per claim: $48,584.12<br><br>2nd Mortgage arrears per claim: $55,173.48<br><br>Motion for Relief from Stay including *in rem* relief was filed January 11, 2022. An agreed order was entered for which included 362(d)(4) relief would be granted if the Debtor defaulted on the conditions<br><br>Trustee filed Motion to Dismiss with Prejudice seeking 180 day bar to refiling.  An agreed order was entered March 2, 2022 with probationary language that if any payment is more than 21 days delinquent the case would be dismissed by declaration of non-compliance and order of dismissal.<br><br>Motion for Relief from Stay filed by 2nd mortgage creditor on September 22, 2022. |
| 21-21344 | 4/2/2021 | 8/17/2021 | Case not confirmed<br><br>1 of 3 plan payments paid<br><br>1st Mortgage arrears per claim: $41,856.99 |

| | | | |
|---|---|---|---|
| | | | 2nd Mortgage arrears per claim: $52,910.40<br><br>Motion for Relief from Stay filed by first mortgage creditor on July 22, 2021 |
| 19-29242 | 12/18/2019 | 3/17/2020 | Case not confirmed<br><br>0 of 2 plan payments paid<br><br>1st mortgage arrears per claim $29,910.78<br><br>2nd mortgage arrears per claim $32,004.34<br><br>Trustee Motion to Dismiss with Prejudice filed on February 5, 2020 – based on the COVID pandemic this motion was not further prosecuted |
| 18-29576 | 12/31/2018 | 9/19/2019 | Case confirmed<br><br>2.75 of 7 payments paid<br><br>1st mortgage arrears per claim $19,980.95<br><br>2nd mortgage arrears per claim $29,445.10<br><br>Motion for Relief from Stay filed by first mortgage creditor on April 16, 2019 with agreed order entered on May 8, 2019. |
| 17-28700 | 10/4/2017 | 6/12/2018 | Case not confirmed.<br><br>Case purged – payment history not viewable<br><br>1st mortgage arrears per claim $14,307.51 |

| | | | |
|---|---|---|---|
| | | | Home Affordable Modification Agreement signed July 28, 2016.<br><br>2nd mortgage arrears per claim $26,443.32<br><br>Motion for Relief from Stay filed by first mortgage creditor on January 19, 2018 with agreed order entered on February 20, 2018. |
| 15-24808 | 5/22/2015 | 10/15/2015 | Case confirmed September 14, 2015.<br><br>Case purged – payment history not viewable<br><br>1st mortgage arrears per claim $48,213.70<br><br>2nd mortgage no claim filed |
| 14-30538 | 10/3/2014 | 4/1/2015 | Case confirmed February 3, 2015.<br><br>Case purged – payment history not viewable<br><br>1st mortgage arrears per claim $43,725.63<br><br>2nd mortgage no claim filed |
| 14-22950 | 3/26/2014 | 8/22/2014 | Case not confirmed<br><br>Case purged – payment history not viewable<br><br>1st mortgage arrears per claim $38,240.18<br><br>2nd mortgage no claim filed |
| 11-32035 | 8/17/2011 | 12/10/2012 | Case confirmed<br><br>Case purged – payment history not viewable |

|  |  |  | 1st mortgage arrears per claim $17,056.64<br><br>2nd mortgage no claim filed |
|---|---|---|---|
| 09-31922 | 10/28/2009 | 6/1/2010 | Case confirmed<br><br>Case purged – payment history not viewable<br><br>1st mortgage arrears per claim $11,319.97<br><br>2nd mortgage arrears per claim $1,480<br><br>Motion for Relief from Stay by first mortgage creditor filed December 18, 2009.  Agreed Order entered February 10, 2010. Order Granting Relief from Stay entered March 24, 2010. |
| 08-26340 | 9/20/2008 | 9/30/2009 | Case confirmed<br><br>Case purged – payment history not viewable<br><br>1st mortgage arrears per claim $5,316.59<br><br>2nd mortgage arrears per claim $2,382.86<br><br>Motion for Relief from Stay by first mortgage creditor filed January 22, 2009.  Agreed Order entered June 29, 2009. |