# EXHIBIT 2

The following described real property will be sold at public auction to the highest bidder, purchase price payable in lawful money of the United States of America at the time of sale, the main entrance of the Tooele County Courthouse, a/k/a the Third Judicial District Court, 74 South 100 East, Tooele, Utah, on Tuesday, May 16, 2023, at the hour of 9:30 a.m. of that day for the purpose of foreclosing a deed of trust originally executed by Natalie Eyre, in favor of Mortgage Electronic Registration Systems, Inc., as beneficiary, as nominee for First Franklin a division of Nat. City Bank of In, its successors and assigns, covering real property located at approximately 1629 North Blue Peak Drive, Lincoln, Tooele County, Utah, and more particularly described as: SEE ATTACHED EXHIBIT "A" 03-021-0-0072

The current beneficiary of the trust deed is Global Loan Servicing, Inc., and the record owner of the property as of the recording of the notice of default is Natalie Allred. The trustee's sale of the aforedescribed real property will be made without warranty as to title, possession, or encumbrances. Bidders must be prepared to tender a cashier's check in the amount of $20,000.00 at the sale. The balance of the purchase price must be paid by cashier's check or wire transfer received by 12:00 noon the following business day. The trustee reserves the right to void the effect of the trustee's sale after the sale based upon information unknown to the trustee at the time of the sale, such as a bankruptcy filing, a loan reinstatement, or an agreement between the trustor and beneficiary to postpone or cancel the sale. If so voided, the only recourse of the highest bidder is to receive a full refund of the money paid to the trustee. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

DATED this 6th day of April, 2023
Scalley Reading Bates Hansen & Rasmussen, P.C., successor trustee
By: Marlon L. Bates
Its: Supervising Partner     15 West South Temple, Ste. 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Business Hours:  9:00 a.m. to 5:00 p.m.
Trustee No. 40072-01F

EXHIBIT "A"

PARCEL 1:
COMMENCING AT A POINT 38 RODS 2 FEET NORTH OF THE SOUTHEAST CORNER OF THE NORTHEAST QUARTER OF SECTION 14, TOWNSHIP 3 SOUTH, RANGE 4 WEST, SALT LAKE BASE AND MERIDIAN; AND RUNNING THENCE WEST 20 RODS; THENCE NORTH 4 RODS; THENCE EAST 20 RODS; THENCE SOUTH 4 RODS TO THE POINT OF BEGINNING.

PARCEL 2:
COMMENCING AT A POINT 33 RODS NORTH OF THE SOUTHEAST CORNER OF THE NORTHEAST QUARTER OF SECTION 14, TOWNSHIP 3 SOUTH, RANGE 4 WEST, SALT LAKE BASE AND MERIDIAN; AND RUNNING THENCE WEST 20 RODS; THENCE NORTH 84.5 FEET; THENCE EAST 20 RODS; THENCE SOUTH 84.5 FEET TO THE POINT OF BEGINNING.

(Published in the Tooele Transcript Bulletin April 12, 19, & 26, 2023)